JOHN TATUM AND DOCK CHURCH, PLAINTIFFS IN ERROR, VS. THE STATE OF FLORIDA, DEFENDANT IN ERROR.

T. and C. were indicted for engaging in a game of cards together or with each other for money, and tried jointly and convicted. The sole witness testified that he saw C. and other persons, not naming them, sitting around in a circle on the ground playing cards, and saw money on the ground where they were playing; that C. was dealing the cards and T. was standing by; that he did not see T. play cards, but saw him throw a dime down where they were playing cards and some one picked it up; that he did not know whether they were betting or not, only saw the money on the ground, and saw C. dealing the cards; saw no one else but C. have any cards in his hands; did not know the name of the game they were playing, and, stating the time and the venue, said this was all he knew about it. *Held*, That the testimony did not sustain the verdict.

Writ of error to the Circuit Court for Suwannee county.

The facts in the case are stated in the opinion of the court.

*Blackwell & Rees* for Plaintiffs in Error.

*The Attorney-General* for Defendant in Error.

RANEY, C. J.:

The indictment charges that John Tatum and Dock Church, on April 1st, 1893, in Suwannee county in this State, unlawfully did then and there play and engage in a game at cards together, and did then and there play and engage in a game at cards with each other for money, which said game at cards was then and there a game of chance, contrary to the statute in such cases made and provided.

The only evidence introduced on the trial was the testimony of one Josh Wright, who testified as follows: I know the defendants John Tatum and Dock Church. They are in court (points them out). I saw the defendant Dock Church and other persons sitting around in a circle on the ground playing cards. I saw some money on the ground where they were playing. Dock Church was dealing the cards. John Tatum was standing by. I did not see Tatum playing cards. I saw him throw a dime down where they were playing cards, and some one picked it up. I do not know whether they were betting or not. I only saw the money on the ground and saw Dock Church dealing the cards. I saw no one else but Dock Church have any cards in his hands. I do not know the name of the game they were playing. This was on the first day of

April, 1893, in Suwannee county, State of Florida. This was near Brevaldo's mill. This is all I know about it.

The testimony is not sufficient to sustain the verdict (Oder vs. State, 26 Fla., 520, 7 South. Rep., 856), and the judgment must be reversed and a new trial granted. It will be so ordered.